IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL D. RODGERS, SR. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-04-CV-2247-D |
| | § | |
| DUNCANVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge, I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby adopted as the Findings of the Court.

SIGNED this 17th day of May, 2005.

UNITED STATES DISTRICT JUDGE

# CLOSED

## CASE NUMBER: 3:04-CV-2247D

## DATE :      05/17/05

**TRIAL:**      \_\_\_\_ YES

\_X\_\_ NO